UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No: 6:12-bk-08840-ABB

In re:

AMY RUTH SCOTT,
    Debtor.
_____/

### ORDER GRANTING DEBTOR'S VERIFIED MOTION TO VALUE CLAIM OF FAIRWINDS CREDIT UNION
(Doc. 16)

This case came on for consideration upon Debtor's Motion to Value Claim of Fairwinds Credit Union. Fairwinds Credit Union (the "Creditor") has not filed a response and more than 30 days have expired since the service of the motion. Accordingly, it is

    ORDERED:

    1.    The Motion is granted.

    2.    The Creditor has a lien on Debtor's property, legally described as:

    **LEG S 200 FT & W 20 FT OF N 443.33 FT OF N 1/2 OF LOT 57 EUREKA HAMMOCK PB 1 PG 106**
    **Location: 1163 Myrtle Street, Sanford, Florida 32773**

    3.    Claim Number 1 of Creditor is hereby determined to be in the secured amount of $58,480.00, to be paid at the rate of 5.25% interest, with the rest and remainder of the claim being treated as unsecured claim.

    4.    All other Orders that do not conflict with this Order remain in full force and effect.

DONE and ORDERED in Orlando, Florida, this 20th day of September, 2012

                            ARTHUR B. BRISKMAN
                            United States Bankruptcy Judge

A copy of the foregoing shall be sent to: Laurie K. Weatherford, Trustee, P. O. Box 3450, Winter Park, Florida 32790; Robert B. Branson, Attorney for Debtor, 1501 E. Concord Street, Orlando, FL 32803; Debtor, 106 Maplewood Drive, Sanford, Florida 32771; and to Fairwinds Credit Union, Attn. President, Officer, Manager, Managing Agent, 3075 North Alafaya Trail, Suite 120, Orlando, FL 32826.