UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                    Case No: 6:12-bk-08840-ABB
AMY RUTH SCOTT,                                                 Chapter 13
    Debtor.
_____/

## Second Amended Chapter 13 Plan

    COMES NOW, the Debtor(s) and files this Chapter 13 Plan.  The projected disposable income of the Debtor(s) is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtor(s) shall pay the following sums to the Chapter 13 Standing Trustee:

PLAN PAYMENTS

| Payment Number by months | Amount of Monthly Plan payment |
|---|---|
| 1-2 (August, 2012-September, 2012) | $2,393.00 |
| 3-6 (October, 2012-January, 2013) | $2,240.00 |
| 7 (February, 2013) | $2,285.00 |
| 8-10 (March, 2013-May, 2013) | $1,650.00 |
| 11-59 (June, 2013-June, 2017) | $2,316.00 |
| 60 (July, 2017) | $62,094.00 |

    The Debtor(s)(s) shall pay by **money order**, **cashier's check** or **wage deduction**, to Laurie K. Weatherford, Chapter 13 Standing Trustee, P.O. Box 1103, Memphis, Tennessee 38101-1103.  The Debtor(s) name and case number must be indicated clearly thereon and received by the due dates for payments established by court order.

PAYMENT OF CLAIMS THROUGH THE PLAN

**Attorney Fees**

| Attorney Name | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Robert B. Branson | $7196* | 12/42/44/743/800/97/74/50 | 2/3-6/7/8-9/10/11-56/57/58-60 |
| *includes monitor fee | | | |
| Mediator | 350 | 182/168 | 1/2 |

**Priority Claims**
The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee.

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| IRS | 1759.27 | 35.19/34.96 | 11-59/60 |

**Secured Claims**

| Secured Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Wells Fargo | 178,991 | 1230/1193.43 | 1-7/11-60 |
| M&T Bank | 51,572.19 | 418.67/360 (P&I) | 1-9/10-60 |
| Fairwinds | 132,975 | to be valued | |
| SCTC (claim 4) | 2,389.65 @ 18% | 68.28 | 11-60 |

**Secured Arrearage**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Wells Fargo | To be capitalized in mortgage modification for first mortgage | | |
| M&T Bank | 370 | 7.40 | 11-60 |

**Secured Gap Payments**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

**Property to Be Surrendered:**
**Creditor Name:**                            **Property Address:**

**Valuation of Security:**

| Name of Creditor | Collateral Value | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Fairwinds | 58,480 @ 5.25% | 322.93/53,975.81 | 1-59/60 |

**Executory Contracts:**
**The following Executory Contracts are assumed**

| Name of Creditor: | Description of Collateral: | Month Numbers: |
|---|---|---|

**The following Executory Contracts are rejected**:
**Name of Creditor:**                         **Description of Collateral:**

**Unsecured Creditors:** whose claims are allowed shall receive a pro rata share of the balance of the funds remaining after payments to Priority and Secured Creditors are made. Approximate percentage**: _____%**

    A true and correct copy of this Second Amended Chapter 13 Plan of Debtor(s) was furnished by electronic transmission or by United States mail, postage prepaid on the 10th day of June, 2013, to All Creditors and Parties in Interest as listed on the Court's Matrix as attached.

                                          /s/ Robert B Branson
                                          Robert B. Branson
                                          1501 E. Concord Street
                                          Orlando, FL  32803
                                          (407) 894-6834
                                          Florida Bar Number:  800988
                                          Attorney for Debtor(s)

| | | DUE DATE | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Scott, A.** | | 8/14/2012 | | | 10.0% | | | | | | | | | $54,480.00 | | | arrears |
| 12-08840 | | Unsecured | | Debtor Pmt | Tee Fee | | ATTY | | | Wells | | | M&T | Fairwinds | | | M&T |
| | **60** | | 60 | | | | | | | | | | | | | | |
| 8/14/2012 | 1 | $0.10 | | $2,393.00 | $239.30 | 1 at | | | | 1,230.00 | | | 418.67 | 322.93 | | | |
| 9/14/2012 | 2 | $2.10 | 2 at | **$2,393.00** | $239.30 | 1 at | **$12.00** | | | 1,230.00 | | | 418.67 | 322.93 | | | |
| 10/14/2012 | 3 | $2.40 | | $2,240.00 | $224.00 | | $42.00 | | | 1,230.00 | | | 418.67 | 322.93 | | | |
| 11/14/2012 | 4 | $2.40 | | $2,240.00 | $224.00 | | $42.00 | | | 1,230.00 | | | 418.67 | 322.93 | | | |
| 12/14/2012 | 5 | $2.40 | | $2,240.00 | $224.00 | | $42.00 | | | 1,230.00 | | | 418.67 | 322.93 | | | |
| 1/14/2013 | 6 | $2.40 | 4 at | **$2,240.00** | $224.00 | 4 at | **$42.00** | | | 1,230.00 | | | 418.67 | 322.93 | | | |
| 2/14/2013 | 7 | $40.90 | 1 at | **$2,285.00** | $228.50 | 1 at | **$44.00** | 7 at | | **1,230.00** | | | 418.67 | 322.93 | | | |
| 3/14/2013 | 8 | $0.40 | | $1,650.00 | $165.00 | | $743.00 | | | | 8 at | | **418.67** | 322.93 | | | |
| 4/14/2013 | 9 | $0.43 | | $1,650.00 | $165.00 | 2 at | **$743.00** | | | | 1 at | | **418.64** | 322.93 | | | |
| 5/14/2013 | 10 | $2.07 | 3 at | **$1,650.00** | $165.00 | 1 at | **$800.00** | 3 at | | | | | 360.00 | 322.93 | 10 at | | |
| 6/14/2013 | 11 | $0.17 | | $2,316.00 | $231.60 | | $97.00 | | | 1,193.43 | | June is July's trial payment | 360.00 | 322.93 | | | 7.40 |
| 7/14/2013 | 12 | $0.17 | | $2,316.00 | $231.60 | | $97.00 | | | 1,193.43 | | | 360.00 | 322.93 | | | 7.40 |
| 8/14/2013 | 13 | $0.17 | | $2,316.00 | $231.60 | | $97.00 | | | 1,193.43 | | | 360.00 | 322.93 | | | 7.40 |
| 9/14/2013 | 14 | $0.17 | | $2,316.00 | $231.60 | | $97.00 | | | 1,193.43 | | | 360.00 | 322.93 | | | 7.40 |
| 10/14/2013 | 15 | $0.17 | | $2,316.00 | $231.60 | | $97.00 | | | 1,193.43 | | | 360.00 | 322.93 | | | 7.40 |
| 11/14/2013 | 16 | $0.17 | | $2,316.00 | $231.60 | | $97.00 | | | 1,193.43 | | | 360.00 | 322.93 | | | 7.40 |
| 12/14/2013 | 17 | $0.17 | | $2,316.00 | $231.60 | | $97.00 | | | 1,193.43 | | | 360.00 | 322.93 | | | 7.40 |
| 1/14/2014 | 18 | $0.17 | | $2,316.00 | $231.60 | | $97.00 | | | 1,193.43 | | | 360.00 | 322.93 | | | 7.40 |
| 2/14/2014 | 19 | $0.17 | | $2,316.00 | $231.60 | | $97.00 | | | 1,193.43 | | | 360.00 | 322.93 | | | 7.40 |
| 3/14/2014 | 20 | $0.17 | | $2,316.00 | $231.60 | | $97.00 | | | 1,193.43 | | | 360.00 | 322.93 | | | 7.40 |
| 4/14/2014 | 21 | $0.17 | | $2,316.00 | $231.60 | | $97.00 | | | 1,193.43 | | | 360.00 | 322.93 | | | 7.40 |
| 5/14/2014 | 22 | $0.17 | | $2,316.00 | $231.60 | | $97.00 | | | 1,193.43 | | | 360.00 | 322.93 | | | 7.40 |
| 6/14/2014 | 23 | $0.17 | | $2,316.00 | $231.60 | | $97.00 | | | 1,193.43 | | | 360.00 | 322.93 | | | 7.40 |
| 7/14/2014 | 24 | $0.17 | | $2,316.00 | $231.60 | | $97.00 | | | 1,193.43 | | | 360.00 | 322.93 | | | 7.40 |
| 8/14/2014 | 25 | $0.17 | | $2,316.00 | $231.60 | | $97.00 | | | 1,193.43 | | | 360.00 | 322.93 | | | 7.40 |
| 9/14/2014 | 26 | $0.17 | | $2,316.00 | $231.60 | | $97.00 | | | 1,193.43 | | | 360.00 | 322.93 | | | 7.40 |
| 10/14/2014 | 27 | $0.17 | | $2,316.00 | $231.60 | | $97.00 | | | 1,193.43 | | | 360.00 | 322.93 | | | 7.40 |
| 11/14/2014 | 28 | $0.17 | | $2,316.00 | $231.60 | | $97.00 | | | 1,193.43 | | | 360.00 | 322.93 | | | 7.40 |
| 12/14/2014 | 29 | $0.17 | | $2,316.00 | $231.60 | | $97.00 | | | 1,193.43 | | | 360.00 | 322.93 | | | 7.40 |
| 1/14/2015 | 30 | $0.17 | | $2,316.00 | $231.60 | | $97.00 | | | 1,193.43 | | | 360.00 | 322.93 | | | 7.40 |
| 2/14/2015 | 31 | $0.17 | | $2,316.00 | $231.60 | | $97.00 | | | 1,193.43 | | | 360.00 | 322.93 | | | 7.40 |
| 3/14/2015 | 32 | $0.17 | | $2,316.00 | $231.60 | | $97.00 | | | 1,193.43 | | | 360.00 | 322.93 | | | 7.40 |
| 4/14/2015 | 33 | $0.17 | | $2,316.00 | $231.60 | | $97.00 | | | 1,193.43 | | | 360.00 | 322.93 | | | 7.40 |
| 5/14/2015 | 34 | $0.17 | | $2,316.00 | $231.60 | | $97.00 | | | 1,193.43 | | | 360.00 | 322.93 | | | 7.40 |
| 6/14/2015 | 35 | $0.17 | | $2,316.00 | $231.60 | | $97.00 | | | 1,193.43 | | | 360.00 | 322.93 | | | 7.40 |
| 7/14/2015 | 36 | $0.17 | | $2,316.00 | $231.60 | | $97.00 | | | 1,193.43 | | | 360.00 | 322.93 | | | 7.40 |
| 8/14/2015 | 37 | $0.17 | | $2,316.00 | $231.60 | | $97.00 | | | 1,193.43 | | | 360.00 | 322.93 | | | 7.40 |
| 9/14/2015 | 38 | $0.17 | | $2,316.00 | $231.60 | | $97.00 | | | 1,193.43 | | | 360.00 | 322.93 | | | 7.40 |
| 10/14/2015 | 39 | $0.17 | | $2,316.00 | $231.60 | | $97.00 | | | 1,193.43 | | | 360.00 | 322.93 | | | 7.40 |
| 11/14/2015 | 40 | $0.17 | | $2,316.00 | $231.60 | | $97.00 | | | 1,193.43 | | | 360.00 | 322.93 | | | 7.40 |
| 12/14/2015 | 41 | $0.17 | | $2,316.00 | $231.60 | | $97.00 | | | 1,193.43 | | | 360.00 | 322.93 | | | 7.40 |
| 1/14/2016 | 42 | $0.17 | | $2,316.00 | $231.60 | | $97.00 | | | 1,193.43 | | | 360.00 | 322.93 | | | 7.40 |
| 2/14/2016 | 43 | $0.17 | | $2,316.00 | $231.60 | | $97.00 | | | 1,193.43 | | | 360.00 | 322.93 | | | 7.40 |
| 3/14/2016 | 44 | $0.17 | | $2,316.00 | $231.60 | | $97.00 | | | 1,193.43 | | | 360.00 | 322.93 | | | 7.40 |
| 4/14/2016 | 45 | $0.17 | | $2,316.00 | $231.60 | | $97.00 | | | 1,193.43 | | | 360.00 | 322.93 | | | 7.40 |
| 5/14/2016 | 46 | $0.17 | | $2,316.00 | $231.60 | | $97.00 | | | 1,193.43 | | | 360.00 | 322.93 | | | 7.40 |
| 6/14/2016 | 47 | $0.17 | | $2,316.00 | $231.60 | | $97.00 | | | 1,193.43 | | | 360.00 | 322.93 | | | 7.40 |
| 7/14/2016 | 48 | $0.17 | | $2,316.00 | $231.60 | | $97.00 | | | 1,193.43 | | | 360.00 | 322.93 | | | 7.40 |
| 8/14/2016 | 49 | $0.17 | | $2,316.00 | $231.60 | | $97.00 | | | 1,193.43 | | | 360.00 | 322.93 | | | 7.40 |
| 9/14/2016 | 50 | $0.17 | | $2,316.00 | $231.60 | | $97.00 | | | 1,193.43 | | | 360.00 | 322.93 | | | 7.40 |
| 10/14/2016 | 51 | $0.17 | | $2,316.00 | $231.60 | | $97.00 | | | 1,193.43 | | | 360.00 | 322.93 | | | 7.40 |
| 11/14/2016 | 52 | $0.17 | | $2,316.00 | $231.60 | | $97.00 | | | 1,193.43 | | | 360.00 | 322.93 | | | 7.40 |
| 12/14/2016 | 53 | $0.17 | | $2,316.00 | $231.60 | | $97.00 | | | 1,193.43 | | | 360.00 | 322.93 | | | 7.40 |
| 1/14/2017 | 54 | $0.17 | | $2,316.00 | $231.60 | | $97.00 | | | 1,193.43 | | | 360.00 | 322.93 | | | 7.40 |
| 2/14/2017 | 55 | $0.17 | | $2,316.00 | $231.60 | | $97.00 | | | 1,193.43 | | | 360.00 | 322.93 | | | 7.40 |
| 3/14/2017 | 56 | $0.17 | | $2,316.00 | $231.60 | 46 at | **$97.00** | | | 1,193.43 | | | 360.00 | 322.93 | | | 7.40 |
| 4/14/2017 | 57 | $23.17 | | $2,316.00 | $231.60 | 1 at | **$74.00** | | | 1,193.43 | | | 360.00 | 322.93 | | | 7.40 |
| 5/14/2017 | 58 | $47.17 | | $2,316.00 | $231.60 | | $50.00 | | | 1,193.43 | | | 360.00 | 322.93 | | | 7.40 |
| 6/14/2017 | 59 | $47.17 | 49 at | **$2,316.00** | $231.60 | | $50.00 | | | 1,193.43 | | | 360.00 | 59 at | **322.93** | | 7.40 |
| 7/14/2017 | 60 | $194.72 | 1 at | **$62,094.00** | $6,209.40 | 3 at | **$50.00** | 50 at | | **1,193.43** | 51 at | | **360.00** | 1 at | **$53,975.81** | 50 at | **7.40** |
| | | $375.65 | | $196,559.00 | $19,655.90 | | $7,196.00 | | | $68,281.50 | | | $22,128.00 | $73,028.68 | | | $370.00 |
| | | | | | | | ATTY | | | | | | | | | | |
| | | **7629.95** | | | | | **$7,196.00** | | | | | | | **73019.75** | | | **370.00** |

| Scott, A. | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12-08840 | | | Mediator | | IRS | | SCTC |
| | 60 | | | | | | |
| 8/14/2012 | 1 | 1 at | 182.00 | | | | |
| 9/14/2012 | 2 | 1 at | 168.00 | | | | |
| 10/14/2012 | 3 | | | | | | |
| 11/14/2012 | 4 | | | | | | |
| 12/14/2012 | 5 | | | | | | |
| 1/14/2013 | 6 | | | | | | |
| 2/14/2013 | 7 | | | | | | |
| 3/14/2013 | 8 | | | | | | |
| 4/14/2013 | 9 | | | | | | |
| 5/14/2013 | 10 | | | 10 at | | 10 at | |
| 6/14/2013 | 11 | | | | 35.19 | | $68.28 |
| 7/14/2013 | 12 | | | | 35.19 | | $68.28 |
| 8/14/2013 | 13 | | | | 35.19 | | $68.28 |
| 9/14/2013 | 14 | | | | 35.19 | | $68.28 |
| 10/14/2013 | 15 | | | | 35.19 | | $68.28 |
| 11/14/2013 | 16 | | | | 35.19 | | $68.28 |
| 12/14/2013 | 17 | | | | 35.19 | | $68.28 |
| 1/14/2014 | 18 | | | | 35.19 | | $68.28 |
| 2/14/2014 | 19 | | | | 35.19 | | $68.28 |
| 3/14/2014 | 20 | | | | 35.19 | | $68.28 |
| 4/14/2014 | 21 | | | | 35.19 | | $68.28 |
| 5/14/2014 | 22 | | | | 35.19 | | $68.28 |
| 6/14/2014 | 23 | | | | 35.19 | | $68.28 |
| 7/14/2014 | 24 | | | | 35.19 | | $68.28 |
| 8/14/2014 | 25 | | | | 35.19 | | $68.28 |
| 9/14/2014 | 26 | | | | 35.19 | | $68.28 |
| 10/14/2014 | 27 | | | | 35.19 | | $68.28 |
| 11/14/2014 | 28 | | | | 35.19 | | $68.28 |
| 12/14/2014 | 29 | | | | 35.19 | | $68.28 |
| 1/14/2015 | 30 | | | | 35.19 | | $68.28 |
| 2/14/2015 | 31 | | | | 35.19 | | $68.28 |
| 3/14/2015 | 32 | | | | 35.19 | | $68.28 |
| 4/14/2015 | 33 | | | | 35.19 | | $68.28 |
| 5/14/2015 | 34 | | | | 35.19 | | $68.28 |
| 6/14/2015 | 35 | | | | 35.19 | | $68.28 |
| 7/14/2015 | 36 | | | | 35.19 | | $68.28 |
| 8/14/2015 | 37 | | | | 35.19 | | $68.28 |
| 9/14/2015 | 38 | | | | 35.19 | | $68.28 |
| 10/14/2015 | 39 | | | | 35.19 | | $68.28 |
| 11/14/2015 | 40 | | | | 35.19 | | $68.28 |
| 12/14/2015 | 41 | | | | 35.19 | | $68.28 |
| 1/14/2016 | 42 | | | | 35.19 | | $68.28 |
| 2/14/2016 | 43 | | | | 35.19 | | $68.28 |
| 3/14/2016 | 44 | | | | 35.19 | | $68.28 |
| 4/14/2016 | 45 | | | | 35.19 | | $68.28 |
| 5/14/2016 | 46 | | | | 35.19 | | $68.28 |
| 6/14/2016 | 47 | | | | 35.19 | | $68.28 |
| 7/14/2016 | 48 | | | | 35.19 | | $68.28 |
| 8/14/2016 | 49 | | | | 35.19 | | $68.28 |
| 9/14/2016 | 50 | | | | 35.19 | | $68.28 |
| 10/14/2016 | 51 | | | | 35.19 | | $68.28 |
| 11/14/2016 | 52 | | | | 35.19 | | $68.28 |
| 12/14/2016 | 53 | | | | 35.19 | | $68.28 |
| 1/14/2017 | 54 | | | | 35.19 | | $68.28 |
| 2/14/2017 | 55 | | | | 35.19 | | $68.28 |
| 3/14/2017 | 56 | | | | 35.19 | | $68.28 |
| 4/14/2017 | 57 | | | | 35.19 | | $68.28 |
| 5/14/2017 | 58 | | | | 35.19 | | $68.28 |
| 6/14/2017 | 59 | | | 49 at | 35.19 | | $68.28 |
| 7/14/2017 | 60 | | | 1 at | 34.96 | 50 at | $68.28 |
| | | | $350.00 | | $1,759.27 | | $3,414.00 |
| | | | 350.00 | | 1759.27 | | 3414.00 |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:12-bk-08840-ABB<br>Middle District of Florida<br>Orlando<br>Fri Jun  7 17:10:12 EDT 2013 | M & T Bank<br>Law Offices of Daniel C. Consuegra<br>9204 King Palm Drive<br>Tampa, FL 33619-1328 | Midland Funding LLC by American InfoSource L<br>PO Box 4457<br>Houston, TX 77210-4457 |
| Recovery Management Systems Corp.<br>Attn: Ramesh Singh<br>25 SE Second Avenue, Ste 1120<br>Miami, FL 33131-1605 | Amy Ruth Scott<br>106 Maplewood Drive<br>Sanford, FL 32771-3666 | Wells Fargo Bank, N.A.<br>Butler and Hosch, PA<br>3185 S. Conway Ste. E<br>Orlando, FL 32812-7349 |
| AT&T Universal Card<br>P.O. Box 182564<br>Columbus, OH 43218-2564 | Beall's Outlet<br>P.O. Box 659705<br>San Antonio, TX 78265-9705 | Capital Management Services<br>726 Exchange Street<br>Suite 700<br>Buffalo, NY 14210-1464 |
| Capital One<br>P.O. Box 71083<br>Charlotte, NC 28272-1083 | Capital One, N.a.<br>Capital One Bank (USA) N.A.<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Chase<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| Chela/Sallie Mae<br>Attn: Claims Department<br>Po Box 9500<br>Wilkes-Barre, PA 18773-9500 | Chevron & Texaco Services<br>P.O. Box 530950<br>Atlanta, GA 30353-0950 | Citi<br>PO Box 183051<br>Columbus, OH 43218-3051 |
| Citibank Sd, Na<br>Attn: Centralized Bankruptcy<br>Po Box 20507<br>Kansas City, MO 64195-0507 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discover Financial<br>Attention:  Bankruptcy Dept.<br>P.O. Box 3025<br>New Albany, OH 43054-3025 |
| Discover Financial<br>P.O. Box 6103<br>Carol Stream, IL 60197-6103 | Fairwinds<br>3087 N Alafaya Trail<br>Orlando, FL 32826-3205 | Fairwinds Credit Union<br>Attention: Bankruptcy<br>3075 N. Alafaya Trail<br>Orlando, FL 32826-3259 |
| Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Gemb/chevron<br>Attention: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 |
| Gemb/walmart<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | Gemb/walmart Dc<br>Walmart/GEMB<br>Po Box 103104<br>Roswell, GA 30076-9104 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 |
| KEYSTONE RECOVERY PARTNERS LLC, SERIES A<br>C O Weinstein And Riley, PS<br>2001 Western Avenue, Ste 400<br>Seattle, Wa 98121-3132 | (p)M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>1100 WHERLE DRIVE<br>WILLIAMSVILLE NY 14221-7748 | Midland Funding LLC<br>by American InfoSource LP as agent<br>PO Box 4457<br>Houston, TX  77210-4457 |

| | | |
|---|---|---|
| Portfolio Investments II LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>World Financial Network Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Quest Diagnostics<br>PO Box 740781<br>Cincinnati, OH 45274-0781 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Sallie Mae PC Trust<br>c/o Sallie Mae Inc.<br>220 Lasley Ave<br>Wilkes-Barre, PA 18706-1496 |
| Sears<br>P.O. Box 183081<br>Columbus, OH 43218-3081 | Sears/cbna<br>Po Box 6282<br>Sioux Falls, SD 57117-6282 | Seminole County Tax Collector<br>Attn:  Ray Valdes<br>Post Office Box 630<br>Sanford FL 32772-0630 |
| (c)UNKNOWN<br>2601 NW EXPRESSWAY STE 1000E<br>OKLAHOMA CITY OK  73112-7238 | Unvl/citi<br>Attn.: Centralized  Bk<br>Po Box 20507<br>Kansas City, MO 64195-0507 | Wal-Mart<br>P.O. Box 530927<br>Atlanta, GA 30353-0927 |
| Wells Fago Home Mortgage<br>P.O. Box 14411<br>Des Moines, IA 50306-3411 | Wells Fargo Bank, N.A.<br>Attention: Bankruptcy Department<br>MAC#D3347-014, 3476 Stateview Blvd,<br>Fort Mill, SC 29715 | (p)WELLS FARGO BANK NA<br>WELLS FARGO HOME MORTGAGE AMERICAS SERVICING<br>ATTN BANKRUPTCY DEPT MAC X7801-014<br>3476 STATEVIEW BLVD<br>FORT MILL SC 29715-7203 |
| Wfnnb/bealls Outlet<br>220 W Schrock Rd<br>Westerville, OH 43081-2873 | Laurie K Weatherford +<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 | Robert B. Branson +<br>Law Office of Robert B. Branson PA<br>1501 E. Concord Street<br>Orlando, FL 32803-5411 |
| United States Trustee - ORL7/13 7+<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2217 | Seminole County Tax Collector (DS) +<br>Post Office Box 630<br>Sanford, FL 32772-0630 | Elizabeth McCausland +<br>Liz McCausland, P.A.<br>545 Delaney Ave<br>Suite 7<br>Orlando, FL 32801-3866 |
| Elizabeth McCausland +<br>Liz McCausland, PA<br>545 Delaney Avenue<br>Suite 7<br>Orlando, FL 32801-3866 | Allison D Thompson +<br>Law Offices of Daniel C Consuegra PL<br>9204 King Palm Drive<br>Tampa, FL 33619-8331 | Stephen Joseph Modric +<br>Butler & Hosch, P.A.<br>3185 S. Conway Road, Suite E<br>Orlando, FL 32812-7349 |

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
M & T Bank                          (d)M & T Bank                      (d)M & T Bank
Attn: Bankruptcy                    P.O. Box 62182                     PO Box 840
1100 Wehrle Dr  2nd Floor           Baltimore, MD 21264-2182           Buffalo, NY 14240
Williamsville, NY 14221


Portfolio Recovery Associates, LLC  Wells Fargo Home Mortgage
POB 41067                           8480 Stagecoach Circle
Norfolk VA 23541                    Frederick, MD 21701
```

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

```
Unknown
2601 Nw Expressway Suite 1000
Oklahoma City, OK 73112
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Arthur B. Briskman               (d)Sallie Mae PC Trust             End of Label Matrix
Orlando                             c/o Sallie Mae Inc.                Mailable recipients   54
                                    220 Lasley Ave.                    Bypassed recipients    2
                                    Wilkes-Barre, PA 18706-1496        Total                 56
```