ORDERED.

**Dated: August 29, 2017**



UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  Case No: 6:12-bk-08840-ABB
AMY RUTH SCOTT,  Chapter 13
    Debtor.
                                 /

**ORDER GRANTING DEBTOR'S**
**<u>MOTION TO EXTEND TIME TO PAY BALLOON PAYMENT</u>**

This case came before the Court on August 23, 2017, to consider Debtor's Motion for Extension of Time to Pay Balloon Payment (Doc. 102), and the Court having considered the motion and the contents thereof, it is **ORDERED**:

    1.    The motion is granted.

    2.    The Debtor shall pay the balloon payment on or before February 23, 2018.

    3.    All other Orders that do not conflict with this Order remain in full force and effect.

Attorney Robert B. Branson is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.