ORDERED.

Dated: February 22, 2018



UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                  Case No: 6:12-bk-08840-ABB
AMY RUTH SCOTT,                                              Chapter 13
    Debtor.
_____/

### ORDER GRANTING DEBTOR'S
### SECOND MOTION TO EXTEND TIME TO PAY BALLOON PAYMENT

This case came on for hearing before the Court on February 14, 2018, to consider Debtor's Second Motion for Extension of Time to Pay Balloon Payment (Doc. 111), and the Court having considered the motion and the contents thereof, it is **ORDERED**:

1. The motion is granted on a preliminary basis.

2. The Debtor shall pay the balloon payment on or before June 6, 2018.

3. This matter is continued until June 6, 2018, at 1:30, p.m. in Courtroom 6B, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801, for further hearing.

4. All other Orders that do not conflict with this Order remain in full force and effect.

Attorney Robert B. Branson is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.