UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:  Case No: 6:12-bk-08840-ABB
 Chapter 13
AMY RUTH SCOTT,
    Debtor.
_____/

## NOTICE OF FILING

Debtor, Amy Ruth Scott, through undersigned counsel files the attached Motion for Judgment on the Pleadings, a copy of which is attached hereto.

## CERTIFICATE OF SERVICE

A copy of the foregoing has been sent by either electronic transmission or U.S. mail on this 06th day of September 2018, to: Laurie K. Weatherford, Trustee, PO Box 3450, Winter Park, FL 32790; Debtor; and to all parties who receive electronic service.

/s/ Robert B. Branson
_____
Robert B. Branson, Esquire
Florida Bar No.: 800988
E-mail: *robert@bransonlaw.com*
Jeffrey S. Ainsworth, Esquire
Florida Bar No.: 060769
E-mail: *jeff@bransonlaw.com*
**BransonLaw PLLC**
1501 E. Concord Street
Orlando, Florida 32803
Telephone: (407) 894-6834
Facsimile: (407) 894-8559
Attorney for Debtor

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR SEMINOLE COUNTY, FLORIDA

AMY R. SCOTT,
    Plaintiff,

CASE NO.: 2018-CA-000361-16-L

v.

THE ESTATE OF BETTY M. OGDEN,
CYNTHIA O. VAIL, SCOTT D. OGDEN,
THE ESTATE OF DAVID M. OGDEN,
SANDRA OGDEN, DANIEL OGDEN,
KEITH OGDEN, and RACHEL CHAMBERS,
and any unknown heirs, devisees, grantees,
assignees, lienors, creditors, trustees, or
other claimants by, through, under, or against
THE ESTATE OF BETTY M. OGDEN,
CYNTHIA O. VAIL, SCOTT D. OGDEN,
THE ESTATE OF DAVID M. OGDEN,
SANDRA OGDEN, DANIEL OGDEN,
KEITH OGDEN, and RACHEL CHAMBERS, and
all parties having or claiming to have any right,
title or interest in the property described herein,
    Defendants.
_____/

## MOTION FOR JUDGMENT ON THE PLEADINGS

COMES NOW the Plaintiff, AMY SCOTT, by and through her undersigned attorney, and respectfully requests that this Court enter an order of final judgment on the pleadings against the Defendants, THE ESTATE OF BETTY M. OGDEN, CYNTHIA O. VAIL, SCOTT D. OGDEN, THE ESTATE OF DAVID M. OGDEN, SANDRA OGDEN, DANIEL OGDEN, KEITH OGDEN, and RACHEL CHAMBERS, and any unknown heirs, devisees, grantees, assignees, lienors, creditors, trustees, or other claimants by, through, under, or against THE ESTATE OF BETTY M. OGDEN, CYNTHIA O. VAIL, SCOTT D. OGDEN, THE ESTATE OF DAVID M. OGDEN, SANDRA OGDEN, DANIEL OGDEN, KEITH OGDEN, and RACHEL CHAMBERS, and all parties having or claiming to have any right, title or interest in the property described herein, and in support thereof would show as follows:

1.     The Plaintiff filed a Verified Complaint to Quiet Title to Real Property on February 8, 2018.

2.     A verified Amended Complaint was filed on June 6, 2018.

3. The lawsuit was filed as a result of an incorrect legal description contained in a Warranty Deed recorded in 1990 and attached as Exhibit "C" to the Amended Complaint.

4. BETTY OGDEN died on July 20, 2010 in New York. The Defendants, CYNTHIA VAIL, DAVID OGDEN, and SCOTT OGDEN, are believed to be the only heirs of BETTY OGDEN.

5. The Defendant, CYNTHIA VAIL, was served with the Complaint on March 11, 2018. She did not file a response to the Complaint and the Clerk entered a default against her on April 18, 2018.

6. DAVID OGDEN died on September 7, 2017 in North Carolina. The Defendants, SANDRA OGDEN, DANIEL OGDEN, KEITH OGDEN, and RACHEL CHAMBERS, are believed to be the only heirs of DAVID OGDEN.

7. The Defendant, KEITH OGDEN, was served with the Complaint on July 2, 2018. He did not file a response to the Complaint and the Clerk entered a default against him on July 27, 2018.

8. The Defendant, DANIEL OGDEN, was served with the Complaint on July 3, 2018. He did not file a response to the Complaint and the Clerk entered a default against him on July 27, 2018.

9. The Defendant, RACHEL CHAMBERS, was served with the Complaint on July 8, 2018. She did not file a response to the Complaint and the Clerk entered a default against her on August 3, 2018.

10. The Defendant, SANDRA OGDEN, was served with the Complaint on July 26, 2018. She did not file a response to the Complaint and the Clerk entered a default against her on August 23, 2018.

11. The Plaintiff made a diligent search and inquiry and was unable to locate the Defendant, SCOTT OGDEN, and/or any known heirs. Thereafter, the Plaintiff published a Notice of Action therein notifying the Defendant and any heirs of this action and the need to file a response if the Defendant had a defense thereto.

12. The Defendant, SCOTT OGDEN, failed to file a response and the Clerk entered a default against him on August 29, 2018.

13. The Plaintiff is entitled to a Final Judgment as requested in the Verified Complaint and Verified Amended Complaint quieting title to the real property that is the subject of this action in the Plaintiff.

WHEREFORE, the Plaintiff respectfully requests that this Court enter a Final Judgment in favor of the Plaintiff upon the grounds that the pleadings raise no material issue of fact and show that the Plaintiff is entitled to judgment as a matter of law.

Dated this 5 day of September, 2018.

*Stacey Springer*
Stacey R. Springer, Esq.
Florida Bar No. 519855
STENSTROM, McINTOSH, COLBERT,
 & WHIGHAM, P.A.
1001 Heathrow Park Lane, Ste. 4001
Lake Mary, Florida 32746
Phone: (407) 322-2171
Service.srspringer@stenstrom.com
Attorneys for Plaintiff